**Electronically Filed**
**Supreme Court**
**SCWC-11-0000540**
**22-OCT-2012**
**01:25 PM**

NO. SCWC-11-0000540

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Petitioner/Plaintiff-Appellant,

vs.

MARIANNE L. CODIAMAT, Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000540; CASE NO. 1P311-00173/Rep. No. 11008255)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Petitioner/Plaintiff-Appellant's Application for Writ of Certiorari filed on September 7, 2012, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, October 22, 2012.

Brandon H. Ito for petitioner

James S. Tabe for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

